| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B. | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>07/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Harwell Farms and Investment, Inc. |
| 2. | Personal Representative / Executor | Estate of David W. Harwell |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/17 | South Carolina Judges - Solicitors Retirement System Survivors Annuity (named beneficiary of monthly survivor annuity from deceased father | $19,458.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab(H) | | | | | Closed | | | | |
| 2. -Charles Schwab Cash Accounts | A | Interest | | | Closed | 12/07/17 | M | | |
| 3. -Dimensional Fund Advisors Tax Man US Mktwde | A | Dividend | | | Closed | 12/07/17 | L | | |
| 4. Wells Fargo &Co Common Stock(and former Wachovia Bank Stock) | A | Dividend | J | T | | | | | |
| 5. Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. Citizens Bank "Accounts" | A | Interest | | | Matured | 06/30/17 | | | |
| 7. First Reliance Bank "Account" | A | Interest | M | T | Buy | 07/03/17 | | | |
| 8. Raymond James//Cantella//Bank of India New York "Account" | A | Interest | M | T | Buy | 07/12/17 | | | |
| 9. The Bank of Clarendon "Account" | A | Interest | M | T | | | | | |
| 10. South State Bank "Accounts" | A | Interest | | | Closed | 07/03/17 | N | | |
| 11. South State Bank "Account" | A | Interest | M | T | Buy | 07/03/17 | | | |
| 12. PNC Bank "Account" | A | Interest | M | T | Buy | 07/03/17 | | | |
| 13. Anderson Brothers Bank "Account" | A | Interest | M | T | | | | | |
| 14. Conway National Bank "Account" | A | Interest | M | T | | | | | |
| 15. Carolina Bank "Account" | A | Interest | M | T | | | | | |
| 16. BB&T Bank "Accounts" | A | Interest | N | T | | | | | |
| 17. Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 19. Charles Schwab IRA#1 | | | | | Closed | | | | |
| 20. -Charles Schwab Cash Fund | A | Interest | | | Closed | 12/07/17 | N | | |
| 21. Charles Schwab IRA#2 | | | | | Closed | | | | |
| 22. -Charles Schwab cash fund | A | Interest | | | Closed | 12/07/17 | K | | |
| 23. Charles Schwab IRA #3 | | | | | Closed | | | | |
| 24. -Charles Schwab cash fund | A | Interest | | | Closed | 12/07/17 | M | | |
| 25. SC Future Scholar Plan #1, Age-Based Moderate Track | | None | K | T | | | | | |
| 26. SC Future Scholar Plan #2, Age-Baseed Moderate Track | | None | K | T | | | | | |
| 27. Claussen Farms, Florence, SC (1999 - $125,000) | | None | M | R | | | | | |
| 28. SC Tuition Prepayment Program #1(no control) | | None | J | T | Redeemed (part) | 12/31/17 | J | | |
| 29. SC Tuition Prepayment Program #2 (no control) | | None | J | T | Redeemed (part) | 12/31/17 | J | | |
| 30. Wells Fargo Beneficiary IRA- First Clearing LLC (H) | | | | | | | | | |
| 31. -Cash account(Wells Fargo cash and sweep balance) | | None | J | T | | | | | |
| 32. -Bank of America stock | A | Dividend | K | T | | | | | |
| 33. -BB&T stock | B | Dividend | L | T | | | | | |
| 34. -Duetsche Inv. Trust Core Equity Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Edward Jones Beneficiary IRA(H) | | | | | | | | | |
| 36. -Amcap Fund - Class A | A | Dividend | K | T | | | | | |
| 37. -Capital Income Builder Class A | A | Dividend | K | T | | | | | |
| 38. -Europacific Fund- Class A | A | Dividend | K | T | | | | | |
| 39. -Income Fund of America - Class A | B | Dividend | L | T | | | | | |
| 40. -New World Fund - Class A | A | Dividend | J | T | | | | | |
| 41. -Small Cap World Fund - Class A | A | Dividend | J | T | | | | | |
| 42. -New Economy Fund - Class A | A | Dividend | K | T | | | | | |
| 43. Estate #1 (50%)(H) | | | | | | | | | see Note #1 |
| 44. -Wells Fargo cash account | A | Interest | M | T | | | | | |
| 45. -Bell Legal Group Georgetown SCAccounts Receivable | | None | J | W | | | | | |
| 46. Wells Fargo Securities Account(H) | | | | | | | | | |
| 47. -Wells Fargo Cash Account | A | Interest | N | T | | | | | |
| 48. -BB&T Corp Common Stock | D | Dividend | N | T | | | | | |
| 49. -Toronto Dominion Bank Common stock | A | Dividend | J | T | | | | | |
| 50. -Bank of America Common stock | A | Dividend | K | T | | | | | |
| 51. -American Express Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Ameriprise Financial Inc. Common Stock | A | Dividend | J | T | | | | | |
| 53.   -Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 54.   -Corning Inc, Common Stock | A | Dividend | J | T | | | | | |
| 55.   -Fannie Mae Common Stock | | None | J | T | | | | | |
| 56.   -Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 57.   -Medtronic PLC Common Stock | A | Dividend | J | T | | | | | |
| 58.   -Target Corp Common Stock | A | Dividend | K | T | | | | | |
| 59.   -Deutsche Invt TR Core Equity FD Class S | A | Int./Div. | L | T | | | | | |
| 60.   -High 50 Dividend Strategy Series 15-3Q CA | A | Int./Div. | J | T | | | | | |
| 61.   A Services, LLC & ASG Services LLC (17500units) | B | Distribution | J | V | | | | | |
| 62.   ▓▓▓▓ ,SC (50% )$250,000(X) | | None | | | | 10/25/16 | M | | |
| 63.   | | | | | Sold | 04/19/17 | M | | ▓▓▓▓ |
| 64.   PershingLLC(Cetera Advisors)IRA#1(H) | | | | | Open | | | | See note #2 |
| 65.   -AT&T common Stock | | None | J | T | Buy | 12/11/17 | J | | |
| 66.   -Altria Group Inc common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 67.   -Amgen Inc common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 68.   -Apple Inc common stock | | None | J | T | Buy | 12/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BP PLC Spon ADR common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 70. -Citigroup Inc common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 71. -Duke Energy Corp common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 72. -General Mills Inc.commonstock | | None | J | T | Buy | 12/11/17 | J | | |
| 73. -Johnson&Johnson common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 74. -Phillip Morris Intl. Inc common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 75. -Southern Co. common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 76. -Verizon Comm common stock | | None | J | T | Buy | 12/11/17 | J | | |
| 77. -Pimco Income Fund Class A | | None | L | T | Buy | 12/11/17 | L | | |
| 78. -Cash Account(Pershing LLC-Flexinsured FDIC acct) | A | Interest | J | T | Open | 12/11/17 | J | | |
| 79. Pershing LLC(Cetera Advisors) IRA#2(H) | | | | | Open | | | | see Note #2 |
| 80. -Cash Acct(PershingLLC-Flexinsured FDIC acct) | A | Interest | | | Open | 12/12/17 | K | | |
| 81. -Apple Inc common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 82. -BP PLC Spons ADR | | None | K | T | Buy | 12/12/17 | K | | |
| 83. -Boeing Co. common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 84. -Bristol Myers Squibb common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 85. -Cisco Systems Inc common stock | | None | K | T | Buy | 12/12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Coca Cola Co. common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 87. | -Duke Energy common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 88. | -General Electric Co. common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 89. | -General Mills Inc. common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 90. | -Verizon Comm.common stock | | None | K | T | Buy | 12/12/17 | K | | |
| 91. | -Pimco Income Fund Class A | | None | M | T | Buy | 12/12/17 | M | | |
| 92. | Pershing LLC(Cetera Advisors) Individual Account (H) | | | | | Open | | | | see Note #2 |
| 93. | -Cash Account (PershingLLC-Flexinsured FDICacct) | A | Interest | M | T | Open | 12/07/17 | M | | |
| 94. | -DFA Tax Managed US Marketwide Value Portfolio II | B | Int./Div. | L | T | Open | 12/07/17 | L | | |
| 95. | | | | | | | | | | |
| 96. | | | | | | | | | | |
| 97. | | | | | | | | | | |
| 98. | | | | | | | | | | |
| 99. | | | | | | | | | | |
| 100. | | | | | | | | | | |
| 101. | | | | | | | | | | |
| 102. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 07/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harwell, Robert B. | 07/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1.  I am  50% beneficiary of gross values shown

Note #2.  Funds moveed from Charles Schwab accounts (lines 15, 17, and 19)were used to open  Pershing LLC(Cetera Advisors) accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Harwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544